IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC
2006 DEC 19 P 12: 50

| | |
|---|---|
| Florence Wilson Nzongola, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06-01807-SB |
| v. ) | |
| ) | **ORDER** |
| Crisis Ministries, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the Plaintiff's pro se Complaint against Defendant Crisis Ministries, alleging a violation of her civil rights. By local rule, the matter was referred to United States Magistrate Judge Robert S. Carr for preliminary determinations.

On November 17, 2006, Magistrate Judge Carr issued a report and recommendation ("R&R") analyzing the parties' positions with respect to the Defendant's "motion to dismiss or, in the alternative, for a more definite statement." The R&R recommends that the Court grant the Defendant's motion to dismiss for failure to state a claim upon which relief may be granted. Attached to the R&R was a notice advising the Plaintiff that she had 10 days in which to file specific, written objections to the R&R. To date, no such objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo

review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

ORDERED that the Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure **IS GRANTED**. The Court declines to exercise jurisdiction over any supplemental claims; any such claims are hereby dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

December 18, 2006
Charleston, South Carolina